1  Lawrence J. Semenza, III, Esq., Bar No. 7174
   Email: ljs@skrlawyers.com
2  Christopher D. Kircher, Esq., Bar No. 11176
   Email: cdk@skrlawyers.com
3  Jarrod L. Rickard, Esq., Bar No. 10203
   Email: jlr@skrlawyers.com
4  Katie L. Cannata, Esq., Bar No. 14848
   Email: klc@skrlawyers.com
5  SEMENZA KIRCHER RICKARD
6  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
7  Telephone: (702) 835-6803
   Facsimile: (702) 920-8669
8

9  *Attorneys for Defendant Wild West Helicopters Inc.*

10            **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA**

12  | | |
    |---|---|
13  PAUL REIFFER,                          | Case No.  2:23-cv-00032-RFB-EJY

                    Plaintiff,              **STIPULATION AND ORDER TO**
14                                          **EXTEND TIME TO RESPOND TO**
                                            **COMPLAINT**
15  vs.

16  WILD WEST HELICOPTERS INC.,                    **[Third Request]**

17                   Defendant.

18

19        This stipulation is entered into by Plaintiff Paul Reiffer ("Plaintiff"), by and through his

20  counsel of record Trey A. Rothell, Esq., of Randazza Legal Group, PLLC, and Defendant Wild

21  West Helicopters Inc. ("Defendant"), by and through its counsel of record Jarrod L. Rickard,

22  Esq., of Semenza Kircher Rickard, with reference to the following facts and recitals:

23        1.     Defendant was previously served with the Complaint filed by Plaintiff in this

24  action.

25        2.     On February 22, 2023, the Parties agreed to extend Defendant's time to respond

26  to the Complaint to March 17, 2023, based, in part, upon the Parties' shared desire to engage in

27  settlement discussions.

28

3. On March 17, 2023, the Parties agreed to further extend Defendant's time until March 31, 2023, in light of their continuing settlement negotiations.

4. Since that time, the Parties have engaged in continuing settlement discussions and are pleased to announce that they have reached a resolution of all the claims in this matter.

5. However, the Parties require additional time to finalize the settlement agreement and related documents. Additionally, the Parties' settlement permits Defendant to make the required payment within 30 days from mutual execution of the settlement agreement. In light of this, the Parties have agreed to continue the deadline for Defendant's response an additional 45 days. This should be the final extension.

6. Accordingly, the Parties have agreed to continue the deadline to respond to the Complaint from March 31, 2023; to May 15, 2023.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, to extend the date by which Defendant is required to answer, move, or otherwise respond to the complaint to **May 15, 2023**.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

Nothing in this stipulation shall be constructed as a waiver or relinquishment of any

2 party's rights, remedies, objections, or defenses, all of which are expressly reserved.

3 DATED this 30th day of March, 2023.               DATED this 30th day of March, 2023.

4 SEMENZA KIRCHER RICKARD                    RANDAZZA LEGAL GROUP, PLLC

5

6 /s/ Jarrod L. Rickard                                   /s/ Trey A. Rothell
  LAWRENCE J. SEMENZA, III, ESQ.              MARC J. RANDAZZA, ESQ.
7 Nevada Bar No. 7174                               Nevada Bar No. 12265
  CHRISTOPHER D. KIRCHER, ESQ.               TREY A. ROTHELL, ESQ.
8 Nevada Bar No. 11176                             Nevada Bar No. 15993
  JARROD L. RICKARD, ESQ.                       4974 S. Rainbow Boulevard, Suite 100
9 Nevada Bar No. 10203                             Las Vegas, Nevada 89118
  KATIE L. CANNATA, ESQ.
10 Nevada Bar No. 14848                            *Attorneys for Plaintiff Paul Reiffer*
  10161 Park Run Drive, Suite 150
11 Las Vegas, Nevada 89145

12

13 *Attorneys for Defendant Wild West Helicopters Inc.*

14

15                                   **IT IS SO ORDERED.**

16

17                                   UNITED STATES MAGISTRATE JUDGE

18                                   DATED: _____March 30, 2023_____

19

20

21

22

23

24

25

26

27

28

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3