1  Lawrence J. Semenza, III, Esq., Bar No. 7174
   Email: ljs@skrlawyers.com
2  Christopher D. Kircher, Esq., Bar No. 11176
   Email: cdk@skrlawyers.com
3  Jarrod L. Rickard, Esq., Bar No. 10203
   Email: jlr@skrlawyers.com
4  Katie L. Cannata, Esq., Bar No. 14848
   Email: klc@skrlawyers.com
5  SEMENZA KIRCHER RICKARD
6  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
7  Telephone: (702) 835-6803
   Facsimile: (702) 920-8669
8
9  *Attorneys for Defendant Wild West Helicopters Inc.*

10                 **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NEVADA**

12  PAUL REIFFER,                          | Case No.  2:23-cv-00032-RFB-EJY

13                      Plaintiff,          | **STIPULATION AND ORDER TO
                                           | EXTEND TIME TO RESPOND TO**
14                                          | **COMPLAINT**
    vs.
15                                          |
16  WILD WEST HELICOPTERS INC.,            |          **[Fourth Request]**

17                      Defendant.          |

18

19       This stipulation is entered into by Plaintiff Paul Reiffer ("Plaintiff"), by and through his

20  counsel of record Trey A. Rothell, Esq., of Randazza Legal Group, PLLC, and Defendant Wild

21  West Helicopters Inc. ("Defendant"), by and through its counsel of record Jarrod L. Rickard,

22  Esq., of Semenza Kircher Rickard, with reference to the following facts and recitals:

23       1.     Defendant was previously served with the Complaint filed by Plaintiff in this

24  action.

25       2.     On February 22, 2023, the Parties agreed to extend Defendant's time to respond

26  to the Complaint, based, in part, upon the Parties' shared desire to engage in settlement

27  discussions.  Subsequent stipulations were provided to accommodate settlement talks.

28  ///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

3.      As the Court is aware, the Parties have reached a resolution on all the claims in this matter.

4.      However, under the terms of the Parties' Settlement Agreement, Defendant's payment of the settlement funds is not yet due.  Defendant plans to remit a check for these funds by tomorrow, May 16, 2023.  Following clearance of the funds, the Parties will submit a joint stipulation dismissing this matter with prejudice.   Accordingly, the Parties require a brief additional extension.   In light of this, the Parties have agreed to continue the deadline for Defendant's response to the Complaint an additional 7 days from May 15, 2023, to May 22, 2023.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, to extend the date by which Defendant is required to answer, move, or otherwise respond to the complaint to **May 22, 2023**.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Nothing in this stipulation shall be constructed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.

DATED this 15th day of May, 2023.

DATED this 15th day of May, 2023.

SEMENZA KIRCHER RICKARD

RANDAZZA LEGAL GROUP, PLLC

/s/ Jarrod L. Rickard
LAWRENCE J. SEMENZA, III, ESQ.
Nevada Bar No. 7174
CHRISTOPHER D. KIRCHER, ESQ.
Nevada Bar No. 11176
JARROD L. RICKARD, ESQ.
Nevada Bar No. 10203
KATIE L. CANNATA, ESQ.
Nevada Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Wild West Helicopters Inc.*

/s/ Trey A. Rothell
MARC J. RANDAZZA, ESQ.
Nevada Bar No. 12265
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
4974 S. Rainbow Boulevard, Suite 100
Las Vegas, Nevada 89118

*Attorneys for Plaintiff Paul Reiffer*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  May 15, 2023

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3